# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERISOURCEBERGEN DRUG CORPORATION<br>1300 Morris Drive<br>Chesterbrook, PA 19087<br><br>    Plaintiff,<br><br>  vs.<br><br>JAMES F. ZAMBRI<br>2020 Winding Brook Way<br>Scotch Plains, NJ  07076<br><br>    Defendant. | :<br>:<br>:<br>:   CIVIL CASE NO.  2:16-cv-09464-JMV-JBC<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF SERVICE

I, Carol Ann Slocum, Esquire, certify as follows:

1. I am counsel to Plaintiff, AmerisourceBergen Drug Corporation.

2. On April 13, 2017, I caused a true copy of the Certification in Support of Request for Entry of Default Judgment to be served upon Defendant James F. Zambri at 2020 Winding Brook Way, Scotch Plains, NJ  07076 via U.S. first class mail, postage prepaid.


Dated:  April 13, 2017        /s/ Carol Ann Slocum
                    Carol Ann Slocum, Esquire
                    KLEHR HARRISON HARVEY
                    BRANZBURG LLP
                    457 Haddonfield Rd., Suite 510
                    Cherry Hill, NJ 08002
                    (856) 486-7900